DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Chaplin<br><br>Case below:<br>180 N.C. App. 692 | No. 030P07 | Def's PDR Under N.C.G.S. 7A-31<br>(COA06-96) | Denied<br>05/03/07 |
| State v. Chapman<br><br>Case below:<br>176 N.C. App. 767 | No. 179PA06 | 1.  AG's Motion for Temporary Stay<br>(COA05-254) | 1. Allowed<br>04/07/06<br>**360 N.C. 485**<br>Stay<br>Dissolved<br>03/08/07 |
| | | 2.  AG's Petition for Writ of<br>Supersedeas | 2. Denied<br>03/08/07 |
| | | 3.  AG's PDR Under N.C.G.S. § 7A-31 | 3. Allowed<br>for the lim-<br>ited purpose<br>of (1) vacat-<br>ing that por-<br>tion of the<br>Court of<br>Appeals<br>opinion<br>ordering<br>remand to<br>the trial<br>court for<br>resentencing<br>and (2) re-<br>manding to<br>the Court of<br>Appeals for<br>reconsidera-<br>tion in light<br>of *State v.*<br>*Blackwell*,<br>**361 N.C. 41.**<br>03/08/07 |
| | | 4.  Def's NOA Based Upon a<br>Constitutional Question | 4. —— |
| | | 5.  AG's Motion to Dismiss Appeal | 5. Allowed<br>03/08/07 |